**Order entered January 12, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01221-CV

**JOHN E. DEATON AND DEATON LAW FIRM, L.L.C., Appellants**

**V.**

**BARRY JOHNSON, STEVEN M. JOHNSON AND LAW OFFICES OF STEVEN M. JOHNSON, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-16-01668-A**

## ORDER

The Court has before it the January 6, 2017 motion to substitute counsel and the January 9, 2017 unopposed motion to extend time to file brief and correct oral argument request, filed by the Law Offices of Steven M. Johnson, P.C. and Steven M. Johnson. We note that the motion to substitute counsel does not contain a certificate of conference as required by rule 10.1(a)(5) although the motion to extend time does contain a certificate of conference. Counsel is reminded that rule 10.1 requires all motions, except those for rehearing or rehearing en banc, to contain or be accompanied by a certificate stating the filing party conferred or made a reasonable attempt to confer with all other parties about the merits of the motion. *See* TEX. R. APP. P. 10.1(a)(5).

We **GRANT** the January 6, 2017 motion to substitute counsel. The Clerk is **DIRECTED** to **REMOVE** Jennifer M. Andrews and the law firm of Naman Howell Smith & Lee, PLLC as appellate counsel. Ernest A. Young is now counsel of record for the Law Offices of Steven M. Johnson, P.C. and Steven M. Johnson. All future correspondence shall be sent to Ernest A. Young, 3208 Fox Terrace Dr., Apex, NC 27502.

We **GRANT** the January 9, 2017 motion to extend time to file the brief and **ORDER** the January 9 brief filed as of the date of this order. We further note that appellees for the Law Offices of Steven M. Johnson, P.C. and Steven M. Johnson do not request oral argument but also do not oppose appellants' request for oral argument.

/s/     CRAIG STODDART
         JUSTICE